IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00087-WJM-GPG

PETER STROJNIK,

    Plaintiff,

v.

LAZIER TIVOLI, LLC
*doing business as*
TIVOLI LODGE,

    Defendant.

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the parties to the above-entitled action have reached a full and complete settlement of all claims. The parties anticipate filing a stipulation for dismissal of the entire action with prejudice within the next 30 days.

Respectfully submitted this 11th day of December, 2020.

    *s/ Micah. D. Dawson*
    Micah D. Dawson
    Fisher & Phillips, LLP
    1125 17th Street, Suite 2400
    Denver, CO 80202
    Telephone: 303-218-3650
    Facsimile: 303-218-3651
    mdawson@fusherphillips.com

    *Counsel for Defendant*

### CERTIFICATE OF SERVICE

      I hereby certify that on December 11, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Peter Strojnik
7847 N. Central Avenue
Phoenix, AZ 85020
Email: BGonzales@coloradowagelaw.com
**Pro Se Plaintiff**

                              s/ *Kimberly Hanson*
                              Kimberly Hanson
                              For Fisher & Phillips LLP