## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00087-WJM-GPG

PETER STROJNIK,

    Plaintiff,

v.

LAZIER TIVOLI, LLC
*doing business as*
TIVOLI LODGE,

    Defendant.

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties, through their undersigned counsel, submit this Stipulation of Dismissal with Prejudice. By agreement of the Parties, Plaintiff hereby dismisses all claims brought in this action against Defendant, with prejudice, with each party bearing her/its own respective costs, expenses, and attorneys' fees.

Dated this 3rd day of February, 2021

| | |
|---|---|
| *s/ Peter Strojnik* <br> Peter Strojnik <br> 7847 N. Central Avenue <br> Phoenix, AZ 85020 | *s/ Micah D. Dawson* <br> Micah D. Dawson <br> Fisher & Phillips LLP <br> 1125 17th Street, Suite 2400 <br> Denver, CO 80202 <br> (303) 218-3665 <br> mdawson@fisherphillips.com |

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of February, 2021, I electronically filed the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of Court using the CM/ECF system.

/s/ Kimberly Hanson
Kimberly Hanson
For Fisher & Phillips, LLP

2

FP 39751830.1